## McCRORY v. BERGER

[367 N.C. 816 (2015)]

STATE OF NORTH CAROLINA,          )
                                  )
Upon the relation of,             )
Patrick L. McCrory, individually  )
and in his official capacity as   )
GOVERNOR OF THE STATE OF          )
NORTH CAROLINA; James B.          )
Hunt, Jr.; and James G. Martin,   )
Plaintiff-Appellees               )
                                  )
          v.                      )
                                  )
From Wake County                  )
Philip E. Berger, in his official )          From Wake County
capacity as PRESIDENT PRO         )
TEMPORE OF THE NORTH              )
CAROLINA SENATE; Timothy K.       )
Moore, in his official capacity as )
SPEAKER OF THE NORTH              )
CAROLINA HOUSE OF                 )
REPRESENTATIVES; and, in          )
their official capacities as members )
of the Coal Ash Management        )
Commission, Harrell Jamison Auten III; )
Tim L. Bennett; Allen Hayes; Scott )
Flanagan; Rajaram Janardhanam;    )
and Lisa D. Riegel,               )
Defendant-Appellants              )

No. 113A15

## ORDER

Motion of Cherie Berry, North Carolina Commissioner of Labor; Wayne Goodwin, North Carolina Commissioner of Insurance; Steve Troxler, North Carolina Commissioner of Agriculture; and Beth A. Wood, C.P.A., State Auditor of North Carolina for Leave to File Brief as *Amici Curiae* is allowed. The due date for filing plaintiff-appellees' brief is extended to 8 June 2015. The due date for filing any reply brief is extended to 22 June 2015. Oral argument will be heard at 9:30 a.m. on 30 June 2015.

By order of the Court in Conference, this 28th day of May, 2015.

s/Sam J. Ervin IV
For the Court